# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05727-AT
## Federal Trade Commission v. FleetCor Technologies, Inc. et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 04/02/2020.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:40 A.M.  COURT REPORTER: Shannon Welch
TIME IN COURT: 1:10                DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Boutros representing Federal Trade Commission<br>Jessica Caleb representing FleetCor Technologies, Inc.<br>Brittany Frassetto representing Federal Trade Commission<br>Mark Hopson representing FleetCor Technologies, Inc.<br>Thomas Kost representing Federal Trade Commission<br>Gregory Madden representing Federal Trade Commission<br>Benjamin Mundel representing FleetCor Technologies, Inc.<br>John Villafranco representing Ronald Clarke |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| MINUTE TEXT: | The parties are directed to submit an amended schedule reflecting the Court's rulings by Monday, April 13, 2020. |
| HEARING STATUS: | Hearing Concluded |