# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 1:19-cv-5727-AT |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Federal Trade Commission ("FTC") and Defendants FleetCor Technologies, Inc., and Ronald Clarke (collectively, "FleetCor") jointly move to modify the previously entered Scheduling Orders entered in this case (ECF Nos. 47, 55). In addition, the Parties request the Court enter specific deadlines for discovery regarding FTC's claim for equitable monetary relief. In support of this motion, the Parties state as follows:

1.  Consistent with the previously entered Scheduling Orders, the Parties have been diligently conducting discovery. Each side has produced and continues to produce non-custodial discovery, and the Parties have reached an agreement on

search terms for custodial discovery from the custodians selected by the FTC pursuant to the Court's August 7, 2020 Order (ECF No. 71).

2. The Parties request a modest extension of certain discovery deadlines. The effect of these deadlines would be to extend the close of discovery and summary judgment briefing by less than two months. The revised dates requested are as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Expert opening reports | September 25, 2020 | November 23, 2020 |
| Expert rebuttal reports | October 26, 2020 | January 14, 2021 |
| Expert reply reports | November 5, 2020 | January 26, 2021 |
| Close of discovery | January 8, 2021 | February 28, 2021 |
| FTC's motion for summary judgment | February 8, 2021 | March 29, 2021 |
| Defendants' combined cross-motion for summary judgment and opposition to motion for summary judgment | March 10, 2021 | April 30, 2021 |
| FTC's combined reply in support of motion for summary and opposition to cross-motion for summary judgment | April 9, 2021 | May 28, 2021 |
| Defendants' reply in support of cross-motion for summary judgment | April 30, 2021 | June 18, 2021 |

3. Pursuant to Federal Rule of Civil Procedure 16(b)(4), there is good cause for the requested extension. Despite its best efforts, FleetCor has found it

more difficult, costly, and time consuming to collect the scope and type of discovery materials requested by the FTC.  Much of the data and custodial records requested by the FTC are stored on legacy and other hard-to-access storage forms, and FleetCor has therefore had to engage multiple outside vendors to locate, extract, and convert the files.  These challenges have been made more difficult by COVID-19 and resulting travel restrictions and work from home directives.  These have made it harder for FleetCor, its counsel, and its vendors to have access to the facilities and individuals necessary to collect this discovery.  FleetCor expects it can complete this collection, along with its review and production, of the relevant documents with the requested extension.

4. In addition, the Parties propose to set a schedule specific to the FTC's request for equitable monetary relief.  The FTC intends to offer calculations regarding the appropriate amount of restitution supported by non-expert testimony and summary exhibits from an FTC data analyst (Elizabeth Anne Miles).  FleetCor intends to rebut the FTC's case for restitution through, in addition to other argument and evidence, the expert testimony of Dr. Antoinette Schoar, a professor of finance and entrepreneurship at the MIT Sloan School of Management.  The Parties agree that it is most efficient to sequence discovery on restitution so that FleetCor produces data, the FTC provides its calculations and any supporting

declaration or summary exhibits from Ms. Miles, and Dr. Schoar incorporates these calculations into a supplemental restitution report.

    5.    The Parties therefore propose the following schedule:

- FleetCor shall substantially complete production of documents and data in response to the FTC's First Set of Requests for Production by **September 30, 2020**.

- If FleetCor determines that, despite best efforts, additional time is needed to complete its production of documents or data in response to any of the FTC's First RFPs, FleetCor shall inform the FTC by September 15, 2020, and the parties shall jointly seek an extension of applicable discovery deadlines to the extent necessary to account for the delay. A delay in production of data should affect only the restitution provisions established below.

- The FTC shall serve its response to Defendants' Interrogatory No. 5 and provide any declaration or summary exhibit it intends to offer at summary judgment or trial regarding restitution ("restitution material") four weeks after Defendants provide the data responsive to FTC's RFP No. 25, but no earlier than October 30, 2020.

- Defendants shall take the deposition of FTC data analyst Elizabeth Anne Miles within two weeks of receiving the FTC's restitution material.

- Defendants shall serve a supplement to Dr. Antoinette Schoar's expert report on the subject of restitution only, including her response to the FTC's restitution request, six weeks after the FTC discloses its restitution material, but no earlier than December 24, 2020.

- If necessary, the FTC shall serve a supplement to its rebuttal of Dr. Schoar's expert report, limited to the subject of restitution, within four weeks of receiving Dr. Schoar's supplement concerning restitution.

6. The parties do not seek this extension for purposes of undue delay, nor will the proposed extension prejudice the rights of either party. Rather, the parties' proposed schedule will help to ensure that this Court will have an appropriately complete factual record before it on which to decide the important issues in this case.

7. A Joint Proposed Scheduling Order is attached.

Dated: September 3, 2020

Respectfully submitted,

/s/ Michael A. Caplan

/s/ Thomas C. Kost

| | |
|---|---|
| Michael A. Caplan | THOMAS C. KOST |
| Georgia Bar No. 601039 | Tel: (202) 326-2286 |
| Jessica A. Caleb | E: tkost@ftc.gov |
| Georgia Bar No. 141507 | BRITTANY K. FRASSETTO |
| **CAPLAN COBB LLP** | Tel: (202) 326-2774 |
| 75 Fourteenth Street, NE, Suite 2750 | E: bfrassetto@ftc.gov |
| Atlanta, Georgia 30309 | GREGORY J. MADDEN |
| Tel: (404) 596-5600 | Tel: (202) 326-2426 |
| Fax: (404) 596-5604 | E: gmadden@ftc.gov |
| mcaplan@caplancobb.com | CHRISTOPHER B. LEACH |
| jcaleb@caplancobb.com | Tel: (202) 326-2394 |
| ***Counsel for All Defendants*** | E: cleach@ftc.gov |
| | THOMAS E. KANE |
| Mark D. Hopson, admitted *pro hac vice* | Tel: (202) 326-2304 |
| Benjamin M. Mundel, admitted *pro hac vice* | E: tkane@ftc.gov |
| Daniel J. Hay, admitted *pro hac vice* | Federal Trade Commission |
| **SIDLEY AUSTIN LLP** | Division of Financial Practices |
| 1501 K Street, N.W. | 600 Pennsylvania Avenue, NW |
| Washington, DC 20005 | Mail Stop CC-10232 |
| Tel: (202) 736-8000 | Washington, DC 20580 |

Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidey.com
dhay@sidley.com
*Counsel for FleetCor Technologies, Inc.*

John Villafranco, admitted *pro hac vice*
Jaimie Nawaday, admitted *pro hac vice*
Levi Downing, admitted *pro hac vice*
**KELLEY DRYE & WARREN LLP**
3050 K St NW
Washington, D.C. 20007
Tel: (202) 342-8400
Fax: (202) 342-8451
jvillafranco@kelleydrye.com
jnawaday@kelleydrye.com

*Counsel for Ronald Clarke*

Fax: (202) 326-2752

MICHAEL A. BOUTROS
Ga. Bar No. 955802
Federal Trade Commission
Southeast Region
225 Peachtree Street NE, Suite 1500
Atlanta, GA 30303
Phone: (404) 656-1351
Email: mboutros@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 3rd day of September, 2020.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for All Defendants*