# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-5727-AT |

## PLAINTIFF'S NOTICE OF PROVISIONALLY SEALED FILING IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to the Appendix H-II(J) of the Court's Local Rules, Plaintiff Federal Trade Commission ("FTC") hereby submits under seal materials in support of the FTC's Motion for Summary Judgment, filed on April 16, 2021. Pursuant to Appendix H-II(J)(2)(e), the FTC will be filing a Motion to Seal concurrently.

Respectfully Submitted,

Dated: April 16, 2021

/s/ Thomas C. Kost
THOMAS C. KOST
Tel: (202) 326-2286
E: tkost@ftc.gov
BRITTANY K. FRASSETTO
Tel: (202) 326-2774
E: bfrassetto@ftc.gov
THOMAS E. KANE
Tel: (202) 326-2304
E: tkane@ftc.gov

1

GREGORY J. MADDEN
Tel: (202) 326-2426
E: gmadden@ftc.gov
CHRISTOPHER B. LEACH
Tel: (202) 326-2394
E: cleach@ftc.gov

Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Fax: (202) 326-2752

MICHAEL A. BOUTROS
Ga. Bar No. 955802
Federal Trade Commission
Southeast Region
225 Peachtree Street NE, Suite 1500
Atlanta, GA 30303
Tel: (404) 656-1351
E: mboutros@ftc.gov
Fax: (404) 656-1379

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2

## LOCAL RULE 5.1 CERTIFICATION

Pursuant to LR 7.1(D), I hereby certify that the foregoing was prepared with 14-point Times New Roman font in accordance with LR 5.1(C).

/s/ Thomas C. Kost
THOMAS C. Kost
Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 326-2286
Fax: (202) 326-2752
Email: tkost@ftc.gov

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record through this Court's electronic filing system on this 16th day of April 2021.

/s/ Thomas C. Kost
THOMAS C. KOST
Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 326-2286
Fax: (202) 326-2752
Email: tkost@ftc.gov

*Counsel for Plaintiff*