UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., *and*<br>RONALD CLARKE,<br><br>*Defendants*. | Case No. 1:19-cv-5727-AT |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendants FleetCor Technologies, Inc., and Ronald Clarke submit the following Statement of Material Facts in support of their Cross-Motion for Summary Judgment:

1. The FTC is no longer seeking monetary equitable relief under Section 13(b) of the Federal Trade Commission Act. *See* Dkt. 157.

2. The FTC is not challenging any of FleetCor's current business practices. FTC 3-23-21 30(b)(6) Dep. (Ex. 282) at 537:10–539:9.

3. FleetCor no longer uses a variable fee structure, but rather its new products charge a set card fee. Izquierdo Dep. (Ex. 285) at 69:4–6 ("Our current offers charge an explicit card fee. That is -- that's how we price the

packages on a card fee basis."); *id.* at 69:17–18 ("The card fee was intended to allow a way to price all of the featured benefits that were being provided at the various package tier levels.").

4. FleetCor does not use free trial option programs for new customers any more. Chen Decl. (Ex. 272) ¶ 12.

Dated: May 17, 2021                    Respectfully submitted,

                                       /s/ Mark D. Hopson
                                       Mark D. Hopson, *pro hac vice*
John Villafranco                       Benjamin M. Mundel, *pro hac vice*
Jaimie Nawaday                         Daniel J. Hay, *pro hac vice*
Levi M. Downing                        SIDLEY AUSTIN LLP
KELLEY DRYE & WARREN LLP               1501 K Street, N.W.
3050 K Street, N.W.                    Washington, DC 20005
Washington, D.C. 20007                 Tel:  (202) 736-8048
Tel: (202) 342-8400                    Fax: (202) 736-8711
Fax: (202) 342-8451                    mhopson@sidley.com
jvillafranco@kelleydrye.com            bmundel@sidley.com
jnawaday@kelleydrye.com                dhay@sidley.com
ldowning@kelleydrye.com                *Counsel for FleetCor Technologies, Inc.*
*Counsel for Ronald Clarke*

                                       Michael A. Caplan, Ga. Bar No. 601039
                                       Jessica A. Caleb, Ga. Bar No. 141507
                                       CAPLAN COBB LLP
                                       75 Fourteenth Street, N.E.
                                       Suite 2750
                                       Atlanta, Georgia 30309
                                       Tel: (404) 596-5600
                                       Fax: (404) 596-5604
                                       mcaplan@caplancobb.com
                                       jcaleb@caplancobb.com
                                       *Counsel for All Defendants*

## LOCAL RULE 5.1 CERTIFICATION

Pursuant to LR 7.1(D), I hereby certify that the foregoing was prepared with 13-point Century Schoolbook font in accordance with LR 5.1(C).

<u>/s/ Mark D. Hopson</u>
Mark D. Hopson, *pro hac vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8048
Fax: (202) 736-8711
mhopson@sidley.com
*Counsel for FleetCor Technologies, Inc.*