*Federal Trade Commission v. FleetCor Technologies, Inc. et al*

**Defendants' Injunction Hearing Exhibit List**

Note: Defendants will introduce printed Terms & Conditions where available. Those printed versions have been previously couriered to the FTC.

| Exhibit Number | Description |
|---|---|
| DX001 | Fuelman Website Screenshot describing package |
| DX002 | Fuelman Deep Saver Fleet Card Website Screenshot |
| DX003 | List of Card Programs |
| DX004 | Fuelman Terms & Conditions May 2016 – January 2018 |
| DX005 | Fuelman Terms & Conditions January 2018 – December 2018 |
| DX006 | Fuelman Terms & Conditions November 2019 – December 2019 |
| DX007 | Fuelman Terms & Conditions |
| DX008 | Mastercard Terms & Conditions December 2014 – December 2015 |
| DX009 | Mastercard Terms & Conditions June 2019 – January 2020 |
| DX010 | Mastercard Terms & Conditions |
| DX011 | Mastercard Terms & Conditions May 2020 – December 2020 |
| DX012 | Arco Business Solutions Mastercard Terms & Conditions December 2014 – November 2015 |
| DX013 | Arco Business Solutions Terms & Conditions April 2019 – January 2020 |
| DX014 | Arco Business Solutions Mastercard Terms & Conditions May 2020 – December 2020 |
| DX015 | Arco Business Solutions Mastercard T&C |
| DX016 | Clean Advantage Card T&C |
| DX017 | 2022 Q2 10-Q, |
| DX018 | Video Sign Up |
| DX019 | Web Sign Up |

| DX020 | ✗ | Phone Activation IVR |
|---|---|---|
| DX021 | ✗ | Web Activation |
| DX022 | ✗ | SUI Pop Up EIC |
| DX023 | ✗ | Email EIC |
| DX024 |   | Deluxe/Remitco |
| DX025 |   | https://www.fuelman.com/ (shown live) |
| DX026 |   | https://fleetcardsusa.com/ (shown live) |
| DX027 |   | Fuelman Deep Saver Fleet Card Website Screenshot |
| DX028 |   | Fuelman Simple Saver Fleet Card Website Screenshot |
| DX029 | ✗ | Universal Premium Mastercard Website Screenshot |
| DX030 |   | BP Business Solutions Website Screenshot |
| DX031 |   | BP Business Solutions Mastercard Website Screenshot |
| DX032 | ✗ | Fleetcards USA Compare Cards Website Screenshot |
| DX033 |   | Fleetcards USA ARCO Business Solutions Website Screenshot |
| DX034 |   | Fleetcards USA BP Business Solutions Website Screenshot |
| DX035 |   | Fleetcards USA Fuelman Clean Advantage Card Website Screenshot |
| DX036 |   | Fleetcards USA Fuelman Deep Saver Website Screenshot |
| DX037 | ✗ | Fleetcards USA Fuelman Mastercard Website Screenshot |
| DX038 |   | Fleetcards USA Fuelman Simple Saver Website Screenshot |
| DX039 |   | Fleetcards USA Universal Premium Mastercard Website Screenshot |
| DX040 |   | Fuelman Mastercard Website Screenshot |
| DX041 |   | Fuelman Site Locator Video |
| DX042 |   | Fuelman Mastercard Site Locator Video |
| DX043 | ✗ | Fuelman Terms & Conditions |

| | | |
|---|---|---|
| DX044 | ✗ | Dkt. 163-2, SJ Exhibit; Fuelman Terms & Conditions |
| DX045 | ✗ | Dkt. 162-19, SJ Exhibit; Fuelman Terms & Conditions |
| DX046 | ✗ | Dkt. 163-1, SJ Exhibit; Fuelman Terms & Conditions |
| DX047 | ✗ | FLT_FTCLIT_0782918; Fuelman Terms & Conditions |
| DX048 | | List of Questions from the Court |
| DX049 | | FMR for Silverback Construction Inc. |
| DX050 | ✗ | FTC Complaint Analysis, October 2020 |
| DX051 | ✗ | Letter to BP Business Solutions Customer — withdrawn |
| DX052 | ✗ | Letter on Changes to Terms and Conditions |
| DX053 | ✗ | Letter on Changes to Terms and Conditions |
| DX054 | ✗ | Letter on Changes to Terms and Conditions |
| DX055 | ✗ | Letter on Changes to Terms and Conditions |
| DX056 | ✗ | Letter to Customer on Accelerator Rewards program |
| DX057 | ✗ | Letter to SuperFleet Mastercard Customer |
| DX058 | ✗ | Letter to Fuelman Customer |
| DX059 | | FTC Press Release: New Data Shows FTC Received 2.8 Million Fraud Reports from Consumers in 2021 |
| DX060 | | FTC Consumer Sentinel Network Data Book 2021, February 2022 |
| | | |

# FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | PX1 | Intentionally omitted | n/a | n/a |
| | PX2 | January 2019 FleetCor template letters announcing Accelerator Rewards Program for certain FleetCor Fuel Card products | FLT_FTCLIT_0002405 | FLT_FTCLIT_0002420 |
| | PX3 | FleetCor template letter announcing Fuelman Fraud Protector | FLT_FTCLIT_0002551 | FLT_FTCLIT_0002551 |
| | PX4 | January 1, 2020 FleetCor Fuelman Fleet Card Terms and Conditions | FLT_FTCLIT_0833366 | FLT_FTCLIT_0833379 |
| X | PX5 | Aug. 24, 2020-Aug. 30, 2020 Fuelman Fleet Management Report ("FMR") | FLT_FTCLIT_0835654 | FLT_FTCLIT_0835656 |
| X | PX6 | Jan. 21, 2021-Feb. 20, 2021 BP FMR | FLT_FTCLIT_0835657 | FLT_FTCLIT_0835658 |
| X | PX7 | Aug. 17, 2020-Aug. 30, 2020 Fuelman FMR | FLT_FTCLIT_0835659 | FLT_FTCLIT_0835667 |
| X | PX8 | Jan. 3, 2021-Feb. 2, 2021 Arco FMR | FLT_FTCLIT_0835668 | FLT_FTCLIT_0835668 |
| X | PX9 | Jan. 25, 2021-Jan. 31, 2021 Universal Advantage FMR | FLT_FTCLIT_0835669 | FLT_FTCLIT_0835670 |
| X | PX10 | Jan. 16, 2021-Jan. 31, 2021 Universal Advantage FMR | FLT_FTCLIT_0835671 | FLT_FTCLIT_0835672 |
| X | PX11 | Jan. 16, 2021-Jan. 31, 2021 Universal Advantage FMR | FLT_FTCLIT_0835673 | FLT_FTCLIT_0835674 |
| X | PX12 | Jan. 1, 2021-Jan. 31, 2021 Comdata FMR | FLT_FTCLIT_0835675 | FLT_FTCLIT_0835720 |
| X | PX13 | Jan. 16, 2021-Jan. 31, 2021 BP FMR | FLT_FTCLIT_0835721 | FLT_FTCLIT_0835722 |
| X | PX14 | Jan. 2, 2021-Jan. 16, 2021 Universal Premium Invoice and FMR | FLT_FTCLIT_0835751 | FLT_FTCLIT_0835755 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| X | PX15 | Jan. 17, 2021-Feb. 1, 2021 BuilderPro Invoice and FMR | FLT_FTCLIT_0835767 | FLT_FTCLIT_0835770 |
| X | PX16 | Jan. 26, 2021-Feb. 1, 2021 Universal Premium Invoice and FMR | FLT_FTCLIT_0835771 | FLT_FTCLIT_0835775 |
| X | PX17 | Defendant FleetCor's Responses and Objections to Plaintiff FTC's Fourth Set of Interrogatories, February 5, 2021 | n/a | n/a |
| X | PX18 | Defendant FleetCor's Supplemental Responses to FTC's First Set of Interrogatories, February 11, 2021 | n/a | n/a |
| X | PX19 | Aug. 15, 2022 Fuelman Deep Saver webpage screenshot | n/a | n/a |
| X | PX20 | Aug. 16, 2022 Fuelman Deep Saver webpage screenshot | n/a | n/a |
| X | PX21 | Aug. 15, 2022 Fuelman MasterCard webpage screenshot | n/a | n/a |
| X | PX22 | Aug. 16, 2022 Fuelman MasterCard webpage screenshot | n/a | n/a |
| X | PX23 | Aug. 15, 2022 Fuelman Simple Saver webpage screenshot | n/a | n/a |
| X | PX24 | Aug. 16, 2022 Fuelman Simple Saver webpage screenshot | n/a | n/a |
| X | PX25 | March 2021-Present Fuelman Fleet Card Client Agreement | n/a | n/a |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| X | PX26 | Aug. 18, 2022 FleetCardsUSA.com Compare Cards webpage screenshot | n/a | n/a |
| X | PX27 | Aug. 18, 2022 Universal Premium Card webpage screenshot | n/a | n/a |
| X | PX28 | Jan. 15, 2020-Present FleetCor MasterCard Client Agreement | n/a | n/a |
| X | PX29 | Aug. 18, 2022 BP Business Solutions webpage screenshot | n/a | n/a |
| X | PX30 | March 19, 2021-Present BP Business Solutions Fuel and BP Business Solutions Fuel Plus Client Agreement | n/a | n/a |
| X | PX31 | March 19, 2021-Present BP Business Solutions MasterCard Client Agreement | n/a | n/a |
| X | PX32 | Oct. 3, 2021-Oct. 3, 2022 FleetCor Sentinel Complaints | n/a | n/a |
| X | PX33 | Oct. 3, 2021-Oct. 3, 2022 Comdata Sentinel Complaints | n/a | n/a |
| X | PX34 | Oct. 4, 2021-Oct. 4, 2022 Fuelman Sentinel Complaints | n/a | n/a |
| X | PX35 | Oct. 4, 2022 Fuelman Deep Saver webpage video capture | n/a | n/a |
| X | PX36 | Oct. 5, 2022 Fuelman MasterCard webpage video capture | n/a | n/a |
| X | PX37 | Oct. 12, 2022 FleetCor.com webpage screenshot | n/a | n/a |


X PX32A

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| X | PX38 | Oct. 12, 2022 FleetCor.com Company webpage screenshot | n/a | n/a |
| X | PX39 | Oct. 12, 2022 FleetCor.com E-payables webpage screenshot | n/a | n/a |
| X | PX40 | Oct. 25, 2021 email, From: reports@fleetdetails.com, To: NXK CORP DNA AMBU-TRANS, Subject: Fuelman Fleet Card Statement and Report(s) and attachment | n/a | n/a |
| X | PX41 | Oct. 11, 2021-Oct. 24, 2021 Fuelman Fleet Management Report for NXK Corp DBA Ambu-Trans I | n/a | n/a |
| X | PX42 | Nov. 16, 2021 email chain, From: customercare@fleetcor.com, To: nxknyc@gmail.com, Subject: Level 2 Pricing | n/a | n/a |
| X | PX43 | Dec. 6, 2021 Fuelman Invoice for NXK Corp DNA Ambu-Trans and corresponding FMR; Dec. 20, 2021 Fuelman Invoice for NXK Corp DNA Ambu-Trans and corresponding FMR; Jan. 3, 2022 Fuelman Invoice for NXK Corp DNA Ambu-Trans and corresponding FMR | n/a | n/a |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
|  | PX44 | June 15, 2022 email chain, From: Neal Kalish, To: Liz Hayward, Subject: Fuelman Final Notice for Account [redacted]602 | n/a | n/a |
| X | PX45 | Aug. 19, 2022 email chain, From: Kristy Alicia, To: nxknyc@gmail.com, Subject: RE: FUELMAN PROPRIETARY - DM vs NXK Corp DNA Ambu-Trans Case [redacted] and attachments | n/a | n/a |
| X | PX46 | March 2021-Present Fuelman Fleet Card Client Agreement | n/a | n/a |
| X | PX47 | Fuelman MasterCard online application | n/a | n/a |
| X | PX48 | FleetCor phone account activation decision tree | n/a | n/a |
| X | PX49 | FleetCor online account activation | n/a | n/a |
| X | PX50 | BP updated Terms and Conditions email | n/a | n/a |
| X | PX51 | Fuelman updated Terms and Conditions pop-up box | n/a | n/a |
|  | PX52 | Mar. 13, 2020 Fuelman Fleet Card Client Agreement | FLT_FTCLIT_0004877 | FLT_FTCLIT_0004892 |
|  | PX53 | Mar. 13, 2020 Fuelman Fleet Card Client Agreement | FLT_FTCLIT_0006534 | FLT_FTCLIT_0006546 |
|  | PX54 | Mar. 13, 2020 Fuelman Fleet Card Client Agreement | FLT_FTCLIT_0006670 | FLT_FTCLIT_0006686 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | PX55 | Mar. 13, 2020 Fuelman Fleet Card Client Agreement | FLT_FTCLIT_0006687 | FLT_FTCLIT_0006699 |
| | PX56 | Mar. 13, 2020 FleetCor MasterCard Client Agreement | FLT_FTCLIT_0007246 | FLT_FTCLIT_0007260 |
| | PX57 | Mar. 13, 2020 FleetCor MasterCard Client Agreement | FLT_FTCLIT_0008727 | FLT_FTCLIT_0008738 |
| | PX58 | Mar. 13, 2020 FleetCor MasterCard Client Agreement | FLT_FTCLIT_0008865 | FLT_FTCLIT_0008879 |
| | PX59 | Mar. 13, 2020 FleetCor MasterCard Client Agreement | FLT_FTCLIT_0008908 | FLT_FTCLIT_0008922 |
| | PX286 | FleetCor/Comdata Customer Complaints Management Policy, Version 2 | Regions_05.13.2020-FTCSubpoena_000008876 | Regions_05.13.2020-FTCSubpoena_000008881 |
| | PX297 | February 26, 2020 email chain, From: Alan Christian, To: Edward D. Cotter, Subject: RE: RE: [Confidential] Compliance Compliance Management System Document, and attachment | Regions_05.13.2020-FTCSubpoena_000013209 Regions_05.13.2020-FTCSubpoena_000013212 | Regions_05.13.2020-FTCSubpoena_000013211 Regions_05.13.2020-FTCSubpoena_000013279 |
| | PX301 | April 30, 2020 email chain, From: Erica Clopton, To: Erica Clopton, Subject: FW: FW: Final E&Y Reports, and attachments | Regions_05.13.2020-FTCSubpoena_000031506 Regions_05.13.2020-FTCSubpoena_000031508 Regions_05.13.2020-FTCSubpoena_000031544 | Regions_05.13.2020-FTCSubpoena_000031507 Regions_05.13.2020-FTCSubpoena_000031543 Regions_05.13.2020-FTCSubpoena_000031599 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
|  | PX347 | May 21, 2015 email, From: Morgan Randy, To: Ashley Thekkekara, et al, Subject: RE: Comdata ACH | FLT_FTC00079657 | FLT_FTC00079658 |
|  | PX355 | August 4, 2015 email chain, From: Terry Jaillet, To: Ashley Thekkekara, et al., Subject: RE: NAT late fees | FLT_FTC00310336 | FLT_FTC00310338 |
|  | PX386 | March 22, 2016 email chain, From: Beth Cobb, To: David Maxsimic, Subject: RE: BP PLCC HRCF wave1 implemented | FLT_FTC00120680 | FLT_FTC00120682 |
|  | PX471 | June 16, 2017 email chain, From: Ashley Thekkekara, To: Mary Ann Young, et al., Subject: Discuss policy being used by CSR's to decide on fee waivers | FLT_FTC00120590 | FLT_FTC00120592 |
| X | PX609 | February 28, 2018 FleetCor Response to CID | n/a | n/a |
|  | PX611 | January 12, 2021 FTC's Notice of Deposition of Defendant FleetCor Technologies, Inc. Pursuant to Rule 30(b)(6) | n/a | n/a |
|  | SJ 17 | PowerPoint presentation, titled "Voice of Customer - Fuelman" prepared by Hanover Research | HRC000283 | HRC000283 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | SJ 37 | June 13, 2019, From: Chad McCloud, To: Bill Jagrowski, Subject: Fw: Pre-read: Jabian Attrition MTG; July 2016, PowerPoint presentation, titled "Analysis of Customer Attrition: Jabian Consulting's Analysis for the NAFC Business Unit" prepared by Jabian LLC | JABIAN – CONFIDENTIAL 000005 | JABIAN – CONFIDENTIAL 000006 |
| | SJ 61 | February 16, 2021, Declaration of Joel Fasnacht | n/a | n/a |
| | SJ 63 | July 25, 2017 email chain, From: Greg Secord, To: ssecord@comdata.com, Subject: FW: Cust Sat interviews, and attachment | FLT_FTC00121177 FLT_FTC00121178 | FLT_FTC00121177 FLT_FTC00121178 |
| | SJ 90 | August 18, 2017 email chain, From: Todd Sale, To: Netcha Rodriguez, et al., Subject: FW: Review Q2 NAL Survey Results, and attachment | FLT_FTC00133457 FLT_FTC00133459 | FLT_FTC00133458 FLT_FTC00133459 |
| X | SJ 120 | March 13, 2015 email chain, From: Yue Chen, To: Terry Jaillet, et al., Subject: RE: Terms change letter, and attachments | FLT_FTC00114081 FLT_FTC00114083 FLT_FTC00114084 | FLT_FTC00114082 FLT_FTC00114083 FLT_FTC00114084 |
| | SJ 124 | May 2, 2016 email chain, From: Beth Cobb, To: Ami Layton, et al., Subject: RE: ARCO PLCC HRCF wave 1 implementation | FLT_FTC00080020 | FLT_FTC00080025 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | SJ 127 | October 25, 2017 email chain, From: Yue Chen, To: Ashley Thekkekara, et al., Subject: NEED INPUT - Initiatives Plan, and attachment | FLT_FTC00314844 FLT_FTC00314847 | FLT_FTC00314844 FLT_FTC00314847 |
| | SJ 129 | March 19, 2016 email, From: Todd Sale, To: Randall Hon, et al., Subject: BP High risk Credit fee, and attachments | FLT_FTC00121179 FLT_FTC00121180 FLT_FTC00121181 | FLT_FTC00121179 FLT_FTC00121180 FLT_FTC00121182 |
| | SJ 130 | December 22, 2015 email, From: Yue Chen, To: Vamsee Puli, Subject: FW: BP Initiatives - PLCC HRCF Population and Implementation strategy | FLT_FTC00081127 | FLT_FTC00081128 |
| | SJ 131 | July 13, 2017 email chain, From: Randall Hon, To: Todd Sale, Subject: Re: Late fee waivers on Austin (LIC ID 99260) | FLT_FTC00228335 | FLT_FTC00228336 |
| | SJ 132 | July 14, 2017 email chain, From: Mark Roberts, To: Todd Sale, et al., Subject: RE: Late fee waivers on Austin (LC ID 99260) | FLT_FTC00228289 | FLT_FTC00228291 |
| | SJ 154 | August 8, 2017 email chain, From: Yue Chen, To: Ron Clarke, et al., Subject: RE: Mastercard story, and attachment | FLT_FTC00081285 FLT_FTC00081287 | FLT_FTC00081286 FLT_FTC00081287 |
| | SJ 173 | November 29, 2017 email, From: Ashley Thekkekara, To: Ron Clarke, et al., Subject: NAL budget follow ups, and attachment | FLT_FTC00310504 FLT_FTC00310505 | FLT_FTC00310504 FLT_FTC00310505 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | SJ 175 | December 7, 2017 email chain, From: Greg Secord, To: Paul Baran, Subject: FW: NAT late fees, and attachment | FLT_FTC00311437 FLT_FTC00311439 | FLT_FTC00311438 FLT_FTC00311446 |
| | SJ 189 | Aug. 12, 2019 email chain, From: Ravi Gupta, To: Yue Chen, Subject: FW: Learnings from North Highland Retention Study, and attachment | FLT_FTCLIT_0814941 FLT_FTCLIT_0814942 | FLT_FTCLIT_0814941 FLT_FTCLIT_0814942 |
| | SJ 204 | July 2016 Hanover Research Powerpoint presentation "CUSTOMER ATTRITION SURVEY" | FLT_FTCLIT_0769543 | FLT_FTCLIT_0769570 |
| | SJ 205 | Feb. 27, 2020 email chain, From: Ed Thomas, To: Alexey Gavrilenya, et al, Subject: RE: Small Fleet Early Attrition Initiatie discussion with Alexey, and attachment | FLT_FTCLIT_0825597 FLT_FTCLIT_0825603 | FLT_FTCLIT_0825601 FLT_FTCLIT_0825603 |
| | SJ 217 | Powerpoint presentation "Customer Survey Analysis" | FLT_FTCLIT_0769157 | FLT_FTCLIT_0769157 |
| X | SJ 232 | Feb. 12, 2020 email chain, From: Ashley Thekkekara, To: Kyle Dudak, et al, Subject: RE: Ts&Cs-Training doc _ improvements on FQA section | FLT_FTCLIT_0824914 | FLT_FTCLIT_0824915 |
| | SJ 240 | Nov. 18. 2017 email chain, From: Mary Rachide, To: Eric Dey, et al, Subject: RE: Bill Pay Vendor Review & Down-Select Meeting (11/15): MINUTES, and attachment | FLT_FTCLIT_0798301 FLT_FTCLIT_0798306 | FLT_FTCLIT_0798305 FLT_FTCLIT_0798306 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | SJ 241 | Nov. 18, 2017 email chain, From: Mary Rachide, To: David Maxsimic, et al, Subject: FW: Bill Pay Vendor Review & Down-Select Meeting (11/15): MINUTES, and attachment | FLT_FTCLIT_0798307 FLT_FTCLIT_0798312 | FLT_FTCLIT_0798311 FLT_FTCLIT_0798312 |
| | SJ 242 | Nov. 19, 2017 email chain, From: David Maxsimic, To: Mary Rachide, et al, Subject: RE: Bill Pay Vendor Review & Down-Select Meeting (11/15): MINUTES | FLT_FTCLIT_0798325 | FLT_FTCLIT_0798331 |
| | SJ 244 | Aug. 24, 2018 email chain, From: Ashley Thekkekara, To: Kaushik Ramakrishna, et al, Subject: FW: Quickdata email stabilization | FLT_FTCLIT_0806174 | FLT_FTCLIT_0806175 |
| X | SJ 254 | Oct. 3, 2019 email chain, From: Ashley Thekkekara, To: Todd Sale, Subject: FW:Potential 2020 Quality Products, and attachment | FLT_FTCLIT_0818077 FLT_FTCLIT_0818078 | FLT_FTCLIT_0818077 FLT_FTCLIT_0818078 |
| | SJ 255 | Aug. 12, 2019 email chain, From: Rahul Vora, To:; David Krantz, et al, Subject: RE: Sr. Staff Meeting Agenda, and attachment | FLT_FTCLIT_0814929 FLT_FTCLIT_0814937 | FLT_FTCLIT_0814936 FLT_FTCLIT_0814937 |
| | SJ 259 | Aug. 23, 2018 email chain, From: Yue Chen, To: Revenue Team, Subject: FW: NA Fuel Pre-Budget Meeting, and attachments | FLT_FTCLIT_0806021 FLT_FTCLIT_0806022 FLT_FTCLIT_0806054 | FLT_FTCLIT_0806021 FLT_FTCLIT_0806053 FLT_FTCLIT_0806111 |

## FTC Exhibit List

| For Judge | Exhibit No. | Description | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|
| | SJ 260 | June 18, 2018 email chain, From: Yvette Chen, To: Vamsee Puli, Subject: FW: A couple things, and attachments | FLT_FTCLIT_0803679<br>FLT_FTCLIT_0803681<br>FLT_FTCLIT_0803682 | FLT_FTCLIT_0803680<br>FLT_FTCLIT_0803681<br>FLT_FTCLIT_0803686 |
| | SJ 266 | March 25, 2016 email chain, From: Yue Chen, To: Jeanne Revoir, Subject: FW: BP PLCC HRCF wave1 implemented | FLT_FTC00126131 | FLT_FTC00126135 |

