# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff,* v. FLEETCOR TECHNOLOGIES, INC., *and* RONALD CLARKE, *Defendants.* | Case No. 1:19-cv-5727-AT |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants FleetCor Technologies, Inc., and Ronald Clarke appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered by this Court on June 8, 2023.

Dated:  August 3, 2023

Respectfully submitted,

/s/ Benjamin M. Mundel

Donald B. Verrilli, Jr., *pro hac vice*
MUNGER TOLLES & OLSON LLP
601 Massachusetts Avenue, N.W.
Suite 500
Washington, DC 20001
Tel: (202) 220-1100
Donald.Verrilli@mto.com
*Counsel for FleetCor Technologies, Inc.*

Mark D. Hopson, *pro hac vice*
Benjamin M. Mundel, *pro hac vice*
Daniel J. Hay, *pro hac vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel:  (202) 736-8048
Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
dhay@sidley.com
*Counsel for FleetCor Technologies, Inc.*

Michael A. Caplan
    Ga. Bar No. 601039
Julia Blackburn Stone
    Ga. Bar No. 200070
Jessica A. Caleb
    Ga. Bar No. 141507
CAPLAN COBB LLP
75 Fourteenth Street, N.E.
Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com
jcaleb@caplancobb.com
*Counsel for All Defendants*

John Villafranco
Levi M. Downing
KELLEY DRYE & WARREN LLP
3050 K Street, N.W.
Washington, D.C. 20007
Tel: (202) 342-8400
Fax: (202) 342-8451
jvillafranco@kelleydrye.com
ldowning@kelleydrye.com
*Counsel for Ronald Clarke*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated:  August 3, 2023

/s/ *Benjamin M. Mundel*
Benjamin M. Mundel
*Counsel for FleetCor Technologies, Inc.*