**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-5727-AT |

**JOINT STATUS REPORT**

In its order entered June 10, 2026, the Court directed the parties to file by July 8, 2026, a Joint Status Report regarding the parties' settlement negotiations, including a rough timeline for when the parties think this matter will either be settled in principle or placed back on the litigation track. (Dkt. 374.) The parties accordingly report as follows:

1. The FTC's Bureau of Consumer Protection ("BCP") and Defendants Corpay, Inc. (formerly known as FleetCor Technologies, Inc.) and Ronald Clarke have negotiated and executed a proposed settlement. The proposed settlement has been filed in the pending administrative action against Corpay, Inc. and Clarke and would resolve the claims in that action as well as the remaining issues in this case.

2. A multi-stage process applies when the FTC Commissioners determine whether to accept or reject a settlement of a consumer protection administrative action. It is the policy of BCP to only recommend to the FTC Commissioners those proposed settlements that it believes are highly likely to win the Commissioners' final approval.

3. As an initial step, BCP recommends to the FTC Commissioners that they vote to accept the proposed settlement for public comment. The time period required for the Commissioners to consider and vote on whether to accept a proposed settlement for public comment is normally several weeks.

4. If accepted for public comment by the Commissioners, the proposed settlement is placed on the public record for a 30-day public comment period.

5. At the end of the 30-day period, the FTC Commissioners will again review the proposed settlement and the comments received, and will decide whether to withdraw from the proposed settlement and take appropriate action or instead make the proposed settlement final through a Decision and Order. The Commission will also respond in writing to the comments received. The time required for the Commission to respond to the comments received and determine whether to withdraw from the proposed settlement or make it final is typically at least two months from the end of the 30-day comment period.

6. In light of these circumstances, the parties propose to next update the Court by the earlier of either the conclusion of this process—whether that conclusion is the acceptance or rejection of the Commission of the proposed settlement—or December 8, 2026.

July 8, 2026

/s/ Benjamin M. Mundel

Michael A. Caplan
Georgia Bar No. 601039
Julia Blackburn Stone
Georgia Bar No. 200070
Jessica A. Caleb
Georgia Bar No. 141507
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jstone@caplancobb.com
jcaleb@caplancobb.com

***Counsel for All Defendants***

Mark D. Hopson, *pro hac vice*
Benjamin M. Mundel, *pro hac vice*
Daniel J. Hay, *pro hac vice*
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
mhopson@sidley.com
bmundel@sidley.com
dhay@sidley.com

Respectfully submitted,

/s/ Daniel O. Hanks

DANIEL O. HANKS
JAMES I. DOTY
Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2472
Fax: (202) 326-3768
Email: dhanks@ftc.gov
Email: jdoty@ftc.gov

MICHAEL A. BOUTROS
Ga. Bar No. 955802
Federal Trade Commission
Southeast Region
401 W Peachtree St NW, Suite 1500
Atlanta, GA 30308
Phone: (404) 656-1351
Fax: (404) 656-1379
Email: mboutros@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

***Counsel for Corpay, Inc., formerly known as FleetCor Technologies Inc.***

John Villafranco, *pro hac vice*
Levi M. Downing, *pro hac vice*
**KELLEY DRYE & WARREN LLP**
3050 K St NW
Washington, D.C. 20007
Tel: (202) 342-8400
Fax: (202) 342-8451
jvillafranco@kelleydrye.com
ldowning@kelleydrye.com

***Counsel for Ronald Clarke***

## LOCAL RULE 5.1 CERTIFICATION

Pursuant to LR 7.1(D), I hereby certify that the foregoing was prepared with 14-point Times New Roman font in accordance with LR 5.1(C).

/s/ Daniel O. Hanks

DANIEL O. HANKS
Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2472
Fax: (202) 326-3768
Email: dhanks@ftc.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record through this Court's electronic filing system on this 8th day of July 2026.

/s/ Daniel O. Hanks
DANIEL O. HANKS
Federal Trade Commission
Division of Financial Practices
600 Pennsylvania Avenue NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2472
Fax: (202) 326-3768
Email: dhanks@ftc.gov

*Counsel for Plaintiff*